IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MONSHON McGARRAH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:05-CV-0061 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the petition for a federal writ of habeas corpus filed by petitioner MONSHON McGARRAH. Said habeas petition was filed without prepayment of the required $5.00 filing fee. With his petition for habeas relief, petitioner did not submit an Application to Proceed *In Forma Pauperis* but, instead, submitted a certified *in forma pauperis* data sheet, and what appeared to be an incomplete Form I-25 entitled "Inmate Request for Withdrawal." On March 25, 2005, this Court entered an Order granting petitioner permission to proceed *in forma pauperis* temporarily, pending either payment of the $5.00 filing fee or submission of an Application to Proceed *In Forma Pauperis*. Petitioner was given twenty (20) days from the date of the Court's Order in which to properly supplement or pay the filing fee.

On April 28, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas

corpus filed by petitioner be dismissed for failure to pay the $5.00 filing fee. As of this date, no objections to the Report and Recommendation have been filed of record, nor has the $5.00 filing fee been paid.

Based upon an independent examination of the record in this case, the District Judge is of the opinion that the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner MONSHON McGARRAH is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _18th_ day of _May_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE